UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FOWLER, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>GEORGE ACOSTA, an individual and QUALITY REFRIGERATION COMPANY, INC., a California corporation,<br><br>  Defendants. | Case No. 05 CV 1434 JM (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DEPOSE DEFENSE EXPERT DR. WILLIAM L. LUKAVSKY AFTER THE DISCOVERY CUT-OFF DATE**<br><br>[Doc. No. 32] |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>  Plaintiff-in-Intervention<br><br>v.<br><br>GEORGE ACOSTA, an individual and QUALITY REFRIGERATION COMPANY, INC., a California corporation,<br><br>  Defendants –in-Intervention | |

/ / /

/ / /

1      Based on the Joint Motion of the parties [Doc. No. 32], and the representations
2  contained therein in respect to scheduling the deposition of Defense Expert Witness, Dr.
3  William A. Lukavsky on November 7, 2007, the Joint Motion is **GRANTED**.
4      **IT IS HEREBY ORDERED** that the Scheduling Order is amended to permit this
5  deposition to be taken on November 7, 2007, as noticed.  All other dates and deadlines
6  shall remain as previously set.
7  DATED: September   19, 2007

By: *Barbara F. Major*
Honorable Barbara Major
Magistrate Judge
United States District Court