UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JEFFREY FOWLER, An Individual, | CASE NO. 05 CV 1434 JM (BLM) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER ON SUBSTITUTION OF ATTORNEY** |
| GEORGE ACOSTA, an individual, and QUALITY REFRIGERATION COMPANY, INC. a California corporation, | |
| | Hon. Jeffrey T. Miller |
| Defendants. | |

AND COMPLAINT IN INTERVENTION.

The Substitution by and between counsel for defendants and defendants, having been reviewed and considered by the Court and the Court being fully advised:

GOOD CAUSE APPEARING

IT IS ORDERED that Substitution of Attorney for GEORGE ANTHONY ACOSTA and QUALITY REFRIGERATION COMPANY, INC. is hereby granted.

DATED: November 27, 2007

_____
JUDGE OF THE DISTRICT COURT