UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FOWLER, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE ACOSTA, an individual and QUALITY REFRIGERATION COMPANY, INC., a California Corporation,<br><br>　　　　　　Defendants.<br>_____ | Case No.: 05 CV 1434 JM (BLM)<br><br>**ORDER REGARDING DEFENDANTS' REQUEST FOR LEAVE OF THE COURT TO ALLOW THE NON-ELECTRONIC FILING OF AN EXHIBIT TO DEFENDANTS GEORGE ACOSTA AND QUALITY REFRIGERATION COMPANY INC.'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 7**<br><br>**Motion in Limine Hearing**:<br>Date:　　8/11/2008<br>Time:　　9:00 a.m.<br>Dept.:　　16<br>Judge:　　Hon. Jeffrey T. Miller<br><br>Trial Date:　　8/18/2008 |

**GOOD CAUSE APPEARING THEREFORE**, Defendants shall file Exhibit "A" to Exhibit "1" (jurisdictional Map of Naval Air Station North Island) of Defendants' Opposition to Plaintiff's motion in limine No. 7 in the Clerk's office and shall serve all parties in this matter with a copy of same.

**IT IS SO ORDERED**.

DATED: April 14, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

1

Order for Defendants' Request For Leave of Court for the Non-Electronic Filing of an Exhibit　　Case No. 05 CV 1434 JM (BLM)