|   |   |
|---|---|
| 1 | Janine Vancho, Esq. (SBN 195831) |
|   | LAUGHLIN, FALBO, LEVY & MORESI |
| 2 | 600 B Street, Suite 2300 |
|   | San Diego, CA 92101 |
| 3 | Telephone: (619) 233-9898 |
| 4 | Attorneys for Intervenor, |
|   | LIBERTY MUTUAL FIRE INSURANCE COMPANY |

**FILED**
AUG - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FOWLER, | NO. 05 CV 1434 B (BLM) |
| Plaintiff, | **STIPULATION BETWEEN THE PARTIES RE REASONABLENESS, NECESSITY AND PAYMENT OF BENEFITS BY LIBERTY MUTUAL FIRE INSURANCE COMPANY** |
| v. | |
| GEORGE ACOSTA, et al., | |
| Defendants. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | Trial Date: 08/18/2008 |
| Intervenor. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their respective counsel, that:

The Workers Compensation benefits paid by Intervenor Liberty Mutual Fire Insurance Company to or on behalf of Plaintiff Jeffrey Fowler were reasonable, necessary and actually paid. In addition, the parties stipulate that the benefits were provided pursuant to the requirements of the Labor Code of the State of California. Labor Code §3854 provides in pertinent part that any amount which the employer/carrier has paid or become obligated to pay by reason of the injury shall be considered as proximately resulting from such injury.

IT IS FURTHER STIPULATED that Liberty Mutual Fire Insurance Company, as workers' compensation carrier under Division 4 of the California Labor Code, has been obligated to and actually did pay medical and disability benefits in the amount of Three Hundred Eighty-

-1-
Stipulations and Order Re Intervenor's Damages

1  Seven Thousand, Five Hundred Fifty-Nine Dollars and Twenty-Five Cents ($387,559.25).  The
2  parties agree and hereby stipulate that the amount will increase and that the amount to be
3  considered for purposes of Intervenor's recovery will be the amount paid and or obligated to
4  being paid at the time of final judgment or settlement in this case, including any amounts
5  incurred during any appeal of the matter.
6  IT IS SO STIPULATED:

LAUGHLIN, FALBO, LEVY & MORESI LLP

Dated: 8/8/08

By: _____
Janine Vancho, Esq.
Attorney for Intervenor,
LIBERTY MUTUAL FIRE INS. CO.

LUCE FORWARD

Dated: 8/8/08

By: _____
Randall Crispen, Esq. or Ben West, Esq.
Attorney for Plaintiff,
JEFFREY FOWLER

MAXIE RHEINHEIMER ET AL LLP

Dated: 8-8-08

By: _____
John Dean Rice, Esq.
Attorneys for Defendants,
GEORGE ACOSTA and QUALITY REFRIGERATION

**IT IS SO ORDERED.**

Dated: 8/8/08

_____
Hon. Jeffrey T. Miller

-2-
Stipulations and Order Re Intervenor's Damages